UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 10-20077

v.

                          Hon. ROBERT H. CLELAND

RICHARD ZORN

        Defendant.
_____/

## ORDER ALLOWING WILLIAM NIXON AND JAN KLEIN TO BRING COMPUTER EQUIPMENT INTO THE MARSHAL'S LOCK-UP

Upon Defendant's request:

**IT IS HEREBY ORDERED** that William Nixon, Ph.D. and Jan Klein, M.A. nero-psychonatricin for William Nixon, be allowed to bring computer equipment and a tape recorder into the Marshal's secured prisoner "lock-up" for the purpose of conducting an evaluation of Richard Zorn.

                                       **SO ORDERED.**

                                     S/Robert H. Cleland
                                     **ROBERT H. CLELAND**
                                     **UNITED STATES DISTRICT JUDGE**

**Dated: September 14, 2010**

**I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2010, by electronic and/or ordinary mail.**

                                                **S/Lisa Wagner**
                                                **Case Manager and Deputy Clerk**
                                                **(313) 234-5522**